UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DANA RUNNEBOHM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:15-cv-02042-RLY-MJD |
| ) | |
| BLOOMINGTON POLICE ) | |
| DEPARTMENT, ) | |
| BLOOMINGTON CITY GOVERNMENT, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

Today, the court granted Defendants' Motion to Dismiss Plaintiff's federal law claims and declined to take supplemental jurisdiction over Plaintiff's state law claims. As all issues have been resolved in Defendants' favor, the court enters final judgment in their favor and against the Plaintiff.

**SO ORDERED** this 26th day of October 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

1